


**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Arturo FUENTES,<br>Defendant. | Case No.: 20MJ9928<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 545 Smuggling Goods Into the United States (Felony) |

The undersigned complainant being duly sworn states:

On or about October 25, 2020, within the Southern District of California, defendant Arturo FUENTES did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, fifty 1-liter bottles of "Bovitraz," in violation of Title 18, United States Code, Section 545.

The complainant states that this complaint is based on the attached Statement of Facts, incorporated herein by reference.

Special Agent Andrew Lee
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30 day of October, 2020.

HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Arturo FUENTES

**STATEMENT OF FACTS**

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Andrew Lee.

On October 25, 2020, at approximately 9:15 a.m., Arturo FUENTES (FUENTES), a United States Citizen, presented a United States Passport Card and applied for entry at the Calexico, California East Port of Entry through the vehicle primary lanes. Customs and Border Protection Officer (CBPO) M. Moreno was the primary officer assigned to vehicle lane seven. FUENTES was the driver of a white 2007 Jeep Commander bearing California license plates. FUENTES was accompanied by an adult female, a female child passenger, and two male child passengers. CBPO Moreno asked FUENTES if he was bringing anything from Mexico and FUENTES replied that he was only bringing back personal belongings. CBPO Moreno then asked FUENTES what was inside the four boxes in the cargo area of the Jeep to which FUENTES replied that it was pet shampoo. CBPO Moreno then instructed FUENTES to drive into the secondary lot for further inspection.

In the Secondary inspection area, CBPO K. Peek asked FUENTES what was in the boxes and FUENTES replied that the boxes contained shampoo for his dog. CBPO Peek asked FUENTES if he was bringing anything back from Mexico to which FUENTES replied "no." During the inspection of the Jeep, CBPO Peek discovered four large sealed boxes all

labeled in the Spanish language located in the rear cargo area of the Jeep. Within the four boxes, CBPO Peek discovered fifty 1-liter bottles of "Bovitraz," a Mexican pesticide.

According to the label, "Bovitraz" contains the active ingredient amitraz at an emulsifiable concentration of 12.5%. U.S. Environmental Protection Agency (EPA) Special Agents advised that in the United States, amitraz in this form is a cancelled and unregistered pesticide. In the United States, an emulsifiable concentrate product with 12.5% active ingredient amitraz was approved for use as an insecticide and miticide in 1986 and cancelled in 2014. Similarly, the last ready-to-use product of amitraz was cancelled in 2019. Amitraz was primarily used for flies and mites on cotton and pear crops; livestock ticks, lice, and mange mites on beef and dairy cattle and swine; ticks on dogs; and parasitic mites on honeybees. In humans, amitraz poses oral and inhalation risks, as well as a possible cancer and neurotoxicity risks.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides. Title 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. Title 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language. 40 C.F.R. §156.10(a)(3). The containers of pesticide found with FUENTES were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 C.F.R. §12.112. FUENTES provided no such Notice of Arrival for the pesticides in this case.

FUENTES was arrested and charged with a violation of Title 18 U.S.C. section 545, for smuggling goods into the United States, and was issued a Notice to Appear dated December 10, 2020 at 8:00 a.m.